**140**

CALDWELL INDEPENDENT SCHOOL DISTRICT, Plaintiff–Appellant Cross–Appellee

v.

JOE P., by next friend of L.P.; Diana P., by next friend of L.P., Defendants–Appellees Cross–Appellants.

No. 12–51105.

United States Court of Appeals, Fifth Circuit.

Jan. 6, 2014.

Jon Erik Nichols, Amy Joyce Cumings Tucker, Rogers, Morris & Grover, L.L.P., Houston, TX, for Plaintiff–Appellant Cross–Appellee.

Yvonnilda Garza Muniz, Attorney, Austin, TX, Elizabeth Ann Russell, Colleyville, TX, for Defendants–Appellees Cross–Appellants.

Before STEWART, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

The court has carefully considered this appeal in light of the oral arguments, briefs, and pertinent portions of the record. Having done so, we find no reversible error of law or fact. The judgment of

---

the district court is AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.